CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: NOVAK  
REPORTER: FTR  
DOCKET NO. 3:17CR023(HEH)  
DATE: 3-1-17

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. CLARENCE SCRANAGE, JR.    1. _____
2. ANTHONY HARPER            2. _____

APPEARANCES: GOVERNMENT Angela Mastandrea-Miller (✓)  
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

BAIL STATUS: DEFENDANT ON BOND ( ) DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

TYPE OF PROCEEDINGS: INITIAL ( ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( ) DETENTION (✓) MOTIONS ( ) OTHER: _____ ( )  
INITIAL ON SUPERVISED RELEASE VIOLATION: PROBATION ( ) PRETRIAL ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:  
DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )  
INITIAL APPEARANCE ( )  
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )  
COURT SUMMARIZED CHARGES ( ) DEFT. ADVISED OF RULE 5 RIGHTS ( )  
#2 FINANCIAL AFFIDAVIT (✓) COUNSEL TO BE APPOINTED ( )  
DEFT TO RETAIN COUNSEL ( )  
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )  
DEFT REMANDED ( ) DETENTION HEARING SET: _____

PRELIMINARY HEARING PROCEEDINGS:  
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
WITNESS(ES) _____

✓ INDICTMENT  
DETENTION HEARING PROCEEDINGS:  
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )  
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )  
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )  
DEFT REMANDED ( )  
WITNESS(ES) DEFT #1 has not retained counsel. Deft instructed to have counsel w/ him on 3-3-17 at 2:30pm. Counsel to file notice of appearance. CJA appt of Gerald Zerkin Deft #2 unable to retain counsel. DETENTION

CASE CONTINUED TO: 3/1, 2017 AT 2:30 P.M. FOR ARRAIGNMENT Continued

CASE SET: 2:30  BEGAN: 2:26  ENDED: 2:33  TIME IN COURT: 7